1   BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

2

DAVID R. CALLAWAY (CABN 121782)
3   Chief, Criminal Division

4   HALLIE MITCHELL HOFFMAN (CABN 210020)
OWEN P. MARTIKAN (CABN 177104)
5   HARTLEY M. K. WEST (CABN 191609)
JEFF SCHENK (CABN 234355)
6   Assistant United States Attorneys

7        450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
8        Telephone: (415) 436-7129
Fax: (415) 436-7234
9        hallie.hoffman@usdoj.gov
owen.martikan@usdoj.gov
10       hartley.west@usdoj.gov
jeffrey.b.schenk@usdoj.gov

11

Attorneys for United States of America
12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                     SAN FRANCISCO DIVISION

16

17   UNITED STATES OF AMERICA,         )   Case No. CR 14-00175 TEH
                                       )
18          Plaintiff,                 )   UNITED STATES' PROPOSED VERDICT FORM
                                       )   AND PROPOSED ALTERNATIVE FINE
19      v.                             )   VERDICT FORM
                                       )
20   PACIFIC GAS AND ELECTRIC COMPANY, )   Trial: March 22, 2016
                                       )   PTC: March 7, 2016
21          Defendant.                 )   Court: Hon. Thelton E. Henderson
     _____)

22

23          The parties have been unable to agree to a Proposed Verdict Form, despite having met and

24   conferred. Accordingly, and based on this Court's order bifurcating the guilt and penalty phases of this

25   / / /

26   / / /

27   / / /

28   / / /

U.S. PROPOSED VERDICT FORM & ALTERNATIVE FINE VERDICT FORM
CR 14-00175 TEH

trial, the United States hereby submits this Proposed Verdict Form and Proposed Alternative Fine

Verdict Form.


Dated:  February 22, 2016                          Respectfully submitted,

                                                   BRIAN J. STRETCH
                                                   Acting United States Attorney

                                                      /s/
                                                   _____
                                                   HARTLEY M. K. WEST
                                                   Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 14-00175 TEH |
| Plaintiff, | ) ) | VERDICT FORM |
| v. | ) ) | |
| PACIFIC GAS AND ELECTRIC COMPANY, | ) ) | |
| Defendant. | ) ) | |

COUNT ONE:          (18 U.S.C. § 1505 – Obstruction of the NTSB's Investigation)

WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case

_____ of obstruction as charged in Count One, relating to an investigation by the
Guilty/Not Guilty

National Transportation Security Board, on or about September 10, 2010, and continuing through on or

about September 30, 2011.

COUNT TWO:          (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case

_____ of willfully violating a minimum safety standard for pipelines carrying natural
Guilty/Not Guilty

gas in relation to Line 132 or Line 109, specifically the duty to gather and integrate existing data and

information pursuant to Title 49, Code of Federal Regulations, Section 192.917(b), on or about January 22, 2010.

COUNT THREE:      (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case _____ of willfully violating a minimum safety standard for pipelines carrying natural
Guilty/Not Guilty
gas in relation to Line 132, specifically the duty to maintain records concerning repairs pursuant to Title 49, Code of Federal Regulations, Section 192.709(a), on or about January 22, 2010.

COUNT FOUR:      (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case _____ of willfully violating a minimum safety standard for pipelines carrying natural
Guilty/Not Guilty
gas in relation to Line 109, specifically the duty to maintain records concerning repairs pursuant to Title 49, Code of Federal Regulations, Section 192.709(a), on or about January 22, 2010.

COUNT FIVE:      (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case _____ of willfully violating a minimum safety standard for pipelines carrying natural
Guilty/Not Guilty
gas in relation to Line 132, Line 153, or DFM 1816-01, specifically the duty to identify and evaluate potential threats to covered segments pursuant to Title 49, Code of Federal Regulations, Section 192.917(a), on or about January 22, 2010.

/ / /

/ / /

/ / /

/ / /

VERDICT FORM
CR 14-00175 TEH                                     2

1  COUNT SIX:              (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

2         WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case

3  _____ of willfully violating a minimum safety standard for pipelines carrying natural
   Guilty/Not Guilty

4

5  gas in relation to Line 132, Line 153, or DFM 1816-01, Line 107, Line 191-1, or Line 109, specifically

6  the duty to include in its baseline annual assessment plan all potential threats on a covered segment or to

7  select the most suitable assessment method pursuant to Title 49, Code of Federal Regulations, Section

8  192.919, on or about January 22, 2010.

9

10  COUNT SEVEN:           (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

11        WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case

12  _____ of willfully violating a minimum safety standard for pipelines carrying natural
    Guilty/Not Guilty

13

14  gas in relation to Line 132, Line 153, or DFM 1816-01, or Line 109, specifically the duty to prioritize

15  covered segments as high risk after a changed circumstance rendered manufacturing threats unstable

16  pursuant to Title 49, Code of Federal Regulations, Section 192.917(e)(3), on or about January 22, 2010.

17

18  COUNT EIGHT:           (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

19        WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case

20  _____ of willfully violating a minimum safety standard for pipelines carrying natural
    Guilty/Not Guilty

21

22  gas in relation to Line 132, Line 107, Line 109, Line 191-1, or DFM 1816-01, specifically the duty to

23  prioritize covered segments as high risk after a changed circumstance rendered manufacturing threats

24  unstable or to analyze covered segments to determine the risk of failure from such manufacturing threats

25  pursuant to Title 49, Code of Federal Regulations, Section 192.917(e)(4), on or about January 22, 2010.

26  / / /

27  / / /

28  / / /

VERDICT FORM
CR 14-00175 TEH                    3

1    COUNT NINE:          (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

2          WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case

3    _____ of willfully violating a minimum safety standard for pipelines carrying natural
     Guilty/Not Guilty

4

5    gas in relation to Line 132, specifically the duty to retain strength pressure records for the useful life of

6    the pipeline pursuant to Title 49, Code of Federal Regulations, Section 192.517(a), in or about August

7    1970 through on or about July 29, 2014.

8

9    COUNT TEN:          (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

10         WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case

11   _____ of willfully violating a minimum safety standard for pipelines carrying natural
     Guilty/Not Guilty

12

13   gas in relation to Line 109, specifically the duty to retain strength pressure records for the useful life of

14   the pipeline pursuant to Title 49, Code of Federal Regulations, Section 192.517(a), in or about August

15   1970 through on or about July 29, 2014.

16

17   COUNT ELEVEN:        (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

18         WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case

19   _____ of willfully violating a minimum safety standard for pipelines carrying natural
     Guilty/Not Guilty

20

21   gas in relation to Line 153, specifically the duty to retain strength pressure records for the useful life of

22   the pipeline pursuant to Title 49, Code of Federal Regulations, Section 192.517(a), in or about August

23   1970 through on or about July 29, 2014.

24

25   COUNT TWELVE:        (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

26         WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case

27   _____ of willfully violating a minimum safety standard for pipelines carrying natural
     Guilty/Not Guilty

28

VERDICT FORM
CR 14-00175 TEH                              4

gas in relation to Line 191-1, specifically the duty to retain strength pressure records for the useful life of the pipeline pursuant to Title 49, Code of Federal Regulations, Section 192.517(a), in or about August 1970 through on or about July 29, 2014.

COUNT THIRTEEN:   (49 U.S.C. § 60123 – Natural Gas Pipeline Safety Act)

      WE, THE JURY, find defendant Pacific Gas & Electric Company in the above-entitled case

_____ of willfully violating a minimum safety standard for pipelines carrying natural

Guilty/Not Guilty

gas in relation to DFM 1816-01, specifically the duty to retain strength pressure records for the useful life of the pipeline pursuant to Title 49, Code of Federal Regulations, Section 192.517(a), in or about August 1970 through on or about July 29, 2014.

Dated:                           _____

                                  Foreperson

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,                )   Case No. CR 14-00175 TEH
                                         )
12

        Plaintiff,                       )   ALTERNATIVE FINE VERDICT FORM
                                         )
13

    v.                                   )
                                         )
14

PACIFIC GAS AND ELECTRIC COMPANY, )
                                         )
15

        Defendant.                       )
_____ )

16

17       1.      Did defendant Pacific Gas & Electric Company derive gains from the conduct of which

18  you found it Guilty?

19                  _____ Yes              _____ No

20       If the answer to question 1 is "Yes," proceed to question 2.  If the answer to question 1 is "No,"

21  skip question 2.

22       2.      What was the amount of combined gross gains derived from the conduct of which you

23  found defendant Pacific Gas & Electric Company Guilty?  (Fill in the amount.)

24  $_____.

25

26  Dated:                           _____

27                                   Foreperson

28

ALTERNATIVE FINE VERDICT FORM
CR 14-00175 TEH