UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>    Defendant. | Case No. 14-cr-00175-TEH-1  (MEJ)<br><br>**ORDER RE: EX PARTE MOTION FOR RULE 17 SUBPOENA**<br><br>Re: Dkt. Nos. 312, 315 |

In an ex parte motion, filed February 24, 2016, the government requests the issuance of a Subpoena *Duces Tecum* pursuant to Federal Rule of Criminal Procedure 17(c).  Dkt. No. 312.  PG&E objected to this motion on the same day, requesting the Court either outright deny the government's motion as improper or issue an order converting it into a noticed motion under Criminal Local Rule 47-2 to grant PG&E an opportunity to file a substantive response by February 29, 2016.  Dkt. No. 315.  Having conferred with the presiding judge on this matter, the undersigned now **CONVERTS** the government's ex parte motion to a noticed motion but does so on an expedited basis.  PG&E must file its response to the government's motion **by February 29, 2016**, and the government may file a reply **by March 3, 2016**.

**IT IS SO ORDERED.**

Dated: February 25, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge