BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

HALLIE MITCHELL HOFFMAN (CABN 210020)
OWEN P. MARTIKAN (CABN 177104)
HARTLEY M. K. WEST (CABN 191609)
JEFF SCHENK (CABN 234355)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7129
    Fax: (415) 436-7234
    hallie.hoffman@usdoj.gov
    owen.martikan@usdoj.gov
    hartley.west@usdoj.gov
    jeffrey.b.schenk@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 14-00175 TEH |
| Plaintiff, | |
| v. | UNITED STATES' STATUS REPORT |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

      The United States submits this status report in response to the Court's March 4, 2016 Order requesting that the parties come to the pretrial conference prepared to address any additional discovery issues. The government filed a motion for Rule 17 subpoenas on February 24, 2016. The government has now obtained the requisite Department of Justice approvals to move for additional Rule 17 subpoenas, and intends to file this motion by March 8, 2016. Finally, the government lodged a Notice under seal on February 29, 2016. While it is not a discovery issue, the government believes that the

U.S. NOTICE OF POTENTIAL CONFLICT OF INTEREST
CR 14-00175 TEH

1  Court needs to address the matter raised in the Notice before it turns to discovery and other pretrial
2  matters.

4  DATED: March 6, 2016                            Respectfully submitted,

5                                                  BRIAN J. STRETCH
                                                   Acting United States Attorney

7                                                         /s/
                                                   _____
8                                                  HALLIE MITCHELL HOFFMAN
                                                   OWEN P. MARTIKAN
                                                   HARTLEY M. K. WEST
9                                                  JEFF SCHENK
                                                   Assistant United States Attorneys