UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. PACIFIC GAS AND ELECTRIC COMPANY, Defendant. | Case No. 14-cr-00175-TEH-1   (MEJ)  **ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO QUASH AND STAYING COMPLIANCE WITH SUBPOENA PENDING COURT'S ORDER ON MOTION TO QUASH**  Re: Dkt. No. 448 |
|---|---|

Counsel for non-party Leslie McNiece filed an "unopposed" Motion to Shorten Time for a ruling on her Motion to Quash a subpoena issued by Defendant Pacific Gas and Electric Company ("PG&E"). Dkt. No. 448. As an initial matter, the Court's Local Rules contemplate a different procedure by which such requests should be made, particularly where the parties are purportedly in agreement. *See* Crim. L.R. 2-1 ("The provisions of the Civil Local Rules of the Court shall apply to criminal actions and proceedings" except where in conflict with the Criminal Local Rules or Federal Rules); *see also* Civ. L.R. 6-2 (parties may stipulate to a different time frame than those set in the Local Rules or the Federal Rules). Nonetheless, given the pending trial date, the Court finds good cause to modify the usual briefing schedule and **ORDERS** PG&E to file any opposition to the Motion to Quash **by April 20, 2016**. No hearing is ordered at this time, and no reply shall be filed. Further, the Court **STAYS** production of the materials requested in the subpoena pending the Court's Order on the Motion to Quash.

As a final note, the Court admonishes all parties to comply with the Court's prior sealing Orders and the other procedural rules of this District.

**IT IS SO ORDERED.**

Dated: April 15, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge