UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 14-cr-00175-TEH |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING UPDATED TRIAL ESTIMATES** |
| PACIFIC GAS AND ELECTRIC COMPANY, | |
| Defendant. | |

In light of the Court's recent Order on Motions *in Limine* (Dkt. No. 460), and given the Government's withdrawal this afternoon of significant portions of its expert testimony, it is necessary that the parties update their estimates on the length of trial. Accordingly, IT IS HEREBY ORDERED that the parties shall come to the April 21, 2016 hearing on Defendant's Motion to Continue prepared to provide updated estimates of how many weeks the trial will last.

**IT IS SO ORDERED.**

Dated: 04/20/16

THELTON E. HENDERSON
United States District Judge