# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** April 21, 2016        **Time in Court:** 30 minutes        **Judge:** THELTON E. HENDERSON

**Case No.:** 14-cr-00175-TEH-1   **Case Name:** UNITED STATES v. PACIFIC GAS & ELECTRIC CO.

**Attorney for United States of America:** Hallie Hoffman; Jeff Schenk; Hartley West
**Attorney for Defendant:** Steve Bauer; Margaret Tough; Kate Dyer

**Defendant:** [] PRESENT   [X] NOT PRESENT
**Defendant's Custodial Status:** [] In Custody   [] Not In Custody

**Deputy Clerk:** Tana Ingle                    **Court Reporter:** Belle Ball
**Interpreter:** n/a                            **Probation Officer:** n/a

## PROCEEDINGS

1. Motion to Continue - held

## RESULT OF HEARING

Motion is taken under submission; Court will issue a written order.  Current trial date of April 26, 2016 is vacated.

Case continued to **Thursday, 04/28/2016, at 1:30 PM** for further status conference.