LATHAM & WATKINS LLP
  Steven M. Bauer (Bar No. 135067)
     steven.bauer@lw.com
  Margaret A. Tough (Bar No. 218056)
     margaret.tough@lw.com
  Robert E. Sims (Bar No. 116680)
     bob.sims@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

LATHAM & WATKINS LLP
  Melissa Arbus Sherry (*pro hac vice*)
     melissa.sherry@lw.com
555 11th Street, NW, Suite 1000
Washington, DC  20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

CLARENCE DYER & COHEN LLP
  Kate Dyer (Bar No. 171891)
     kdyer@clarencedyer.com
899 Ellis Street
San Francisco, California  94109-7807
Telephone: +1.415.749.1800
Facsimile: +1.415.749.1694

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY,<br><br>Defendant. | CASE NO. CR-14-00175-TEH<br><br>**DEFENDANT'S FIFTH STATUS REPORT REGARDING PROGRESS OF REVIEWING RECENTLY PRODUCED DOCUMENTS**<br><br>**Judge:**   Hon. Thelton Henderson |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEF.'S FIFTH STATUS REPORT RE REVIEWING
RECENTLY PRODUCED DOCUMENTS
CASE NO. CR-14-00175-TEH

In further response to the Court's order at the April 12, 2016 pretrial conference, the defendant respectfully submits its fourth status report regarding its progress reviewing evidence the government produced since the initial pretrial conference. *See* Dkt. 435.

### 1. Background

On April 11, 2016, the government produced about 110,000 pages from the Pipeline and Hazardous Materials Safety Administration ("PHMSA") and the National Transportation Safety Board ("NTSB") on an electronic hard drive. (These documents, directly implicating the interpretations of the regulations charged in this case, were first ordered to be produced by the Court nine months earlier on June 29, 2015. *See* Dkt. 103.) Also on April 11, the government provided a second hard drive that contained over 11,000 pages.

### 2. Progress to Date

Review of these documents is completed in three phases. In the first phase, attorneys who are not members of the trial team conduct a first-level, document-by-document review, in which they attempt to identify those materials which require review by the trial team. Once those are identified, trial team attorneys review and analyze them and assess their impact on and importance to the defense case. Then, trial team members work to assimilate selected documents into our trial preparation (including, for example, opening statement, witness examinations, and exhibit lists).

Thus far, we have completed the initial, first-level review of approximately 26,000 pages from the PHMSA and NTSB documents produced on April 11. We have also identified over 13,000 as involving government expert Steve Nanney or otherwise requiring trial team review.[1]

In addition to the April 11 PHMSA and NTSB productions, we also continue to review some 38,000 pages of other documents we have compiled related to government expert Nanney, which we identified after the government substituted him for another expert

---

[1] As we have previously noted, the pace of review and the percentage of documents elevated for further review will continue to vary based on the type of documents being reviewed at any given time.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEF.'S FIFTH STATUS REPORT RE REVIEWING
RECENTLY PRODUCED DOCUMENTS
CASE NO. CR-14-00175-TEH

witness on February 12, 2016.  We have reviewed approximately 23,750 pages of those documents.

Finally, 11,332 pages from the second hard drive the government provided on April 11 has been loaded onto our system and added to the queue for first-level review, though that review will not commence until the review of the PHMSA and NTSB documents is complete.

Dated:  April 25, 2016

Respectfully submitted,

By  _____/s/_____
Steven M. Bauer
Margaret A. Tough
Robert E. Sims
LATHAM & WATKINS LLP

Kate Dyer
CLARENCE, DYER & COHEN LLP

*Attorneys for Defendant*
*Pacific Gas and Electric Company*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEF.'S FIFTH STATUS REPORT RE REVIEWING
RECENTLY PRODUCED DOCUMENTS
CASE NO. CR-14-00175-TEH